Matthew M. Spielberg
State Bar Number 072773
21855 Redwood Road
Castro Valley, CA 94546
(510) 886-5751
(209) 586-0250
Fax: (510) 886-5780

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Mary Sue Macy,<br><br>      Debtor. | ) Bk. Case No. 18-40853<br>) Chapter 7<br>)<br>) **MOTION TO COMPEL**<br>) **ABANDONMENT OF PROPERTY**<br>) **OF THE ESTATE**<br>)<br>) |

    The Debtor hereby moves the Court for an Order compelling abandonment of property of the estate, consisting of real property located at 22840 Optimist Street, Hayward, California 94541 as burdensome to the estate, or of inconsequential value or benefit to the estate, under 11 U.S.C. §554.

    The Debtor believes that the property has a fair market value of $680,000, and is subject to secured liens of $536,000. The Debtor is entitled to a homestead exemption of $175,000. The Debtor maintains that, the property is of inconsequential value or benefit to the estate.

    The Motion is based upon the Declaration of Mary Sue Macy filed herewith.

Dated: May 29, 2018

                                                     MATTHEW M. SPIELBERG
                                                   Attorney for Debtor