| | Matthew M. Spielberg
1 | State Bar Number 072773
2 | 21855 Redwood Road
3 | Castro Valley, CA 94546
  | (510) 886-5751
4 | (209) 586-0256
5 | Fax: (510) 886-5780

6 | Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re: | ) Bk. Case No. 18-40853 <br> ) Chapter 7 <br> ) <br> ) **DECLARATION OF MARY SUE** <br> ) **MACY IN SUPPORT** <br> ) **OF MOTION TO COMPEL** <br> ) **ABANDONMENT OF** <br> ) **PROPERTY OF THE ESTATE** |
| Mary Sue Macy, | |
| Debtor. | |

The undersigned, if called as a witness in the above entitled matter, could and would competently testify as follows:

I am the owner of the property of the estate, consisting of my residential real property located at 22840 Optimist Street, Hayward, California 94541.

We believe that the property has a fair market value of $680,000, having marketed and the property and received an offer to purchase that property in a arms length transaction for that amount. The property is subject to a Bayview Mortgage obligation with a balance of approximately $536000.

The Chapter 7 Trustee has been provided with an estimated seller's statement to that effect.

I reside in that property, am over the age of 65 and have been informed that I am entitled to a homestead exemption of $175,000. I maintain that the property is of inconsequential value or benefit to the estate.

///

///
///
///
///

I request that the Court enter an Order compelling abandonment of the property"

Declared under penalty of perjury at Castro Valley California on May 29, 2018

_____
MARY SUE MACY
Debtor